UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER LEVIN,<br><br>        Petitioner,<br><br>   v.<br><br>NV TRANSPORTATION AUTHORITY,<br><br>        Respondent. | CASE NO.: 3:15-CV-00618-RCJ-VPC<br><br>**ORDER** |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (ECF #8[1]) entered on June 16, 2016, recommending that the Court grant Petitioner's Application to Proceed *In Forma Pauperis* (ECF #1), that the Clerk of the Court file the Petition (ECF #1-1) and dismiss the petition. And other motions. The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#8) entered on June 16, 2016, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Petitioner's Application to Proceed *In Forma Pauperis* (ECF #1) is GRANTED. The Clerk of the Court shall file the Petition (ECF #1-1).

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus and Writ of Mandamus (ECF #1-1) are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Petitioner's Motion for Injunction (ECF #6) and Motion For the Court to Agree, In This Case (ECF #7) are DENIED.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 8th day of July, 2016.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.