# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| PETER ANDRE LEVIN,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA et al.,<br><br>        Defendants. | 3:15-cv-00618-RCJ-VPC<br><br>**ORDER** |

    The Court adopted the recommendation of the Magistrate Judge to dismiss the Complaint in this case as frivolous.  The Court of Appeals has referred the appeal "for the limited purpose of determining whether IFP status should continue for this appeal or whether the appeal is frivolous or taken in bad faith."  The appeal, like the Complaint, is frivolous.

## CONCLUSION

    IT IS HEREBY ORDERED that in forma pauperis status shall not continue on appeal.

    IT IS SO ORDERED.

Dated this 23rd day of August, 2016.

_____
ROBERT C. JONES
United States District Judge